IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01364–MSK–KMT

TERESA FEKANY,

    Plaintiff,

v.

ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES,

    Defendant.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Arapahoe County Department of Human Services' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)" (Doc. No. 8, filed July 24, 2012) is DENIED without prejudice as moot based on the filing of Plaintiff's Amended Complaint (Doc. No. 9). *See Mohammed v. Holder,* No. 07-cv-2697-MSK-BNB, 2009 WL 529549, at *3 (D. Colo. Mar. 2, 2009) (Because an amended complaint supercedes the original complaint, a motion to dismiss directed at the original complaint is properly denied as moot); *see also Mink v. Suthers,* 482 F.3d 1244, 1254 (10th Cir. 2007) ("[A]n amended complaint supercedes an original complaint and renders the original complaint without legal effect. . . . ") (citations and internal quotation marks omitted).

Dated: August 21, 2012